# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

Hon. Blake A. Hawthorne, Clerk
Supreme Court of Texas
Supreme Court Building
201 West 14th
Room 104
Austin, TX 78701

No. 23-10072 Butler v. Collins
USDC No. 3:18-CV-37

Dear Hon. Hawthorne,

The Fifth Circuit certified a question of law to the Supreme Court of Texas in connection with the referenced appeal.

If the electronic record is needed, please send an email request to: Clerk's_Opinions_-_USCA5_Mailbox@ca5.uscourts.gov

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Casey A. Sullivan, Deputy Clerk
504-310-7642
Casey_Sullivan@ca5.uscourts.gov

Enclosure(s)

cc and copy of opinion to:
Ms. Kim Juanita Askew
Ms. Kirsten Marisol Castaneda
Mr. Ezra Ishmael Young